ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                       )
                                                   )
Logos Technologies LLC                             )    ASBCA Nos.    62347, 62348
                                                   )
Under Contract No.    N68335-10-G-0036 *et al.*    )

APPEARANCE FOR THE APPELLANT:          Craig A. Holman, Esq.
                                         Arnold & Porter, LLP
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Arthur M. Taylor, Esq.
                                         DCMA Chief Trial Attorney
                                       Robert L. Duecaster, Esq.
                                         Trial Attorney
                                         Defense Contract Management Agency
                                         Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  These appeals are dismissed with prejudice.

Dated:  June 2, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62347, 62348, Appeals of Logos Technologies LLC, rendered in conformance with the Board's Charter.

Dated:  June 2, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals